ORIGINAL

FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0755

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0755

**FILED**

JAN - 7 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KAREN LYNN MAYBEE,

Petitioner,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HONORABLE JOHN C. BROWN, Presiding,

Respondent.

O R D E R

Petitioner Karen Lynn Maybee, via counsel, seeks a writ of supervisory control over the Eighteenth Judicial District Court, Gallatin County, in its Cause No. DR-21-349C. Maybee alleges the court erroneously stayed her dissolution proceeding pending the outcome of litigation in the Peacemakers Court of the Seneca Nation of Indians and further erred by reserving ruling on pending motions.

We have amended the caption to reflect the proper parties in this original proceeding. M. R. App. P. 14.

M. R. App. P. 14(5)(iv) requires that a petition for writ must contain: "To the extent they exist, as exhibits . . . a copy of each judgment, order, notice, pleading, document proceeding, or court minute referred to in the petition or which is necessary to make out a prima facie case or to substantiate the petition or conclusion or legal effect." Petitioner has failed to comply with this Rule, having failed to provide copies of the orders she wishes to challenge. Without the necessary exhibits, we cannot consider the merits of this Petition.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court, Gallatin County, Cause No. DR-21-349C, and the Honorable John C. Brown, presiding.

DATED this ____ day of January, 2025.

_____
Chief Justice

_____

_____

_____
Justices